E-filing



Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for THOMAS STEIBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12-0660 CW (DMR) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL** |
| v. | |
| THOMAS STEIBER., | |
| Defendant. | |

## STIPULATION

Defendant Thomas Steiber, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Michelle Kane, hereby stipulate and agree as follows:

1. On September 26, 2012, the Court set conditions of release for defendant Thomas Steiber, one of which was a condition that he not travel outside the Northern District of California without the permission of the Court.

\\\
\\\

cc: Copy to parties via ECF, Pret. Svcs.

1

2. The parties HEREBY STIPULATE that the conditions of Mr. Steiber's release be modified to permit him travel to Kings Beach, California in Placer County from June 13th, 2013 to June 21st, 2013. The purpose of this trip is to allow Mr. Steiber to vacation with his family.

3. Pretrial Service Officer Kim Do has no objection to the proposed modification.

**IT IS SO STIPULATED.**

DATED:

_____/s/_____
MICHELLE KANE
Assistant United States Attorney

_____/s/_____
EDWARD W. SWANSON
Swanson & McNamara LLP
Attorneys for THOMAS STEIBER

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 5/10/13

_____
DONNA M. RYU
United States Magistrate Judge

[Handwritten annotation: "Steiber shall provide an itinerary and contact information to pretrial officer prior to departure."]

2