Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for THOMAS STEIBER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS STEIBER.,<br><br>  Defendant. | CASE NO. CR 12-0660 CW (DMR)<br><br>**STIPULATION AND ORDER MODIFYING BAIL CONDITIONS** |

## STIPULATION

Defendant Thomas Steiber, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Michelle Kane, hereby stipulate and agree as follows:

1. On September 26, 2012, the Court set conditions of release for defendant Thomas Steiber, one of which was a condition that he not travel outside the Northern District of California without the permission of the Court.

\ \ \

\ \ \

1

2. The parties HEREBY STIPULATE that the conditions of Mr. Steiber's release be modified to permit him travel to Toronto, Canada between December 6th, 2013 and December 8th, 2013.  The purpose of this trip is to allow Mr. Steiber to conduct business.  Mr. Steiber will provide to his supervising Pretrial Services Officer his specific itinerary, where he will stay, and a phone number at which he can be reached.

3. The parties request that the Court order the release of Mr. Steiber's passport for the purposes of this travel.  He will return the passport to the Pretrial Services office forthwith upon his return.

4. Mr. Steiber has been under the supervision of Pretrial Services since September 2012 and has had no violation.  Pretrial Service Officer Kim Do has no objection to the proposed modification.

**IT IS SO STIPULATED.**

DATED:      November 25, 2013                         /s/
                                                MICHELLE KANE
                                                Assistant United States Attorney


                                                     /s/
                                                EDWARD W. SWANSON
                                                Swanson & McNamara LLP
                                                Attorney for THOMAS STEIBER


**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: November 25, 2013
                                                DONNA M. RYU
                                                United States Magistrate Judge