Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for THOMAS STEIBER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12-0660 CW (DMR) |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| v. | |
| THOMAS STEIBER., | |
| Defendant. | |

## STIPULATION

Defendant Thomas Steiber is currently set for sentencing on February 24, 2014, having pleaded guilty pursuant to a written Plea Agreement.  The government and the defendant together respectfully request that the Court continue that hearing to April 28, 2014, at 2:30 p.m., for the following reasons:

Pursuant to his obligation under the Plea Agreement, Mr. Steiber has been cooperating with a government investigation.  Continuing Mr. Steiber's sentencing will therefore enable the parties to present his full record of assistance to the court at the time of sentencing. The parties
\ \ \

1

have consulted with Probation Officer Jessica Goldsberry, who has no objection to the proposed
continuance.


**IT IS SO STIPULATED.**


DATED:        January 14, 2014                         _____/s/_____
                                                       MICHELLE KANE
                                                       Assistant United States Attorney


                                                       _____/s/_____
                                                       EDWARD W. SWANSON
                                                       Swanson & McNamara LLP
                                                       Attorneys for THOMAS STEIBER


                                    **ORDER**

        PURSUANT TO THE STIPULATION, IT IS SO ORDERED **except that the
sentencing hearing will be held on May 12, 2014, at 2:30 p.m.**

DATED:  **1/15/2014**                          _____
                                                       CLAUDIA WILKEN
                                                       Chief United States District Judge